

ADC  USAO#2014R00367

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. JKB-14-0299 |
| | * | |
| v. | * | Possession of a Firearm After |
| | * | Conviction for a Felony, 18 U.S.C. |
| TYRONE JOHNSON, | * | § 922(g);   Forfeiture Allegation, |
| | * | 18 U.S.C. § 924(d), 28 U.S.C. §2461(c). |
| Defendant | * | |

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about March 5, 2014, in the District of Maryland, the defendant,

**TYRONE JOHNSON,**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and unlawfully possess a firearm in and affecting commerce; to wit: a Smith & Wesson, Model 659, 9 mm handgun, bearing an obliterated serial number .

18 U.S.C. § 922(g)

1

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d), in the event of the defendant's conviction on Count One of this Indictment.

2. As a result of the offense set forth in Count One, the defendant,

**TYRONE JOHNSON,**

shall forfeit to the United States the firearm identified in Count One and involved in the offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_____
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**
_____
FOREPERSON

6-19-14
_____
DATE